ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS (190264)
MARC M. UMEDA (197847)
ASHLEY R. PALMER (246602)
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
E-mail: brobbins@ruflaw.com
        mumeda@ruflaw.com
        apalmer@ruflaw.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ANTHONY ALLISON, Derivatively on Behalf of ASYST TECHNOLOGIES, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>STEPHEN S. SCHWARTZ, ROBERT J. NIKL, ANTHONY C. BONORA, STANLEY J. GRUBEL, TSUYOSHI KAWANISHI, ROBERT A. McNAMARA, ANTHONY E. SANTELLI, WILLIAM SIMON, WALTER W. WILSON, JAMES E. SPRINGGATE, MIHIR PARIKH, ASHOK K. SINHA, P. JACKSON BELL, STEVE DEBENHAM, WARREN C. KOCMOND, JR. and THOMAS WAECHTER,<br><br>                Defendants,<br><br>– and –<br><br>ASYST TECHNOLOGIES, INC., a California corporation,<br>                Nominal Defendant. | Case No. 3:08-cv-02512-JCS<br><br>NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE, pursuant to Local Rule 3-13, that *Allison v. Schwartz, et al.*, No.
3  3:08-cv-02512-JCS, filed on May 16, 2008 in the United States District Court, Northern District of
4  California, involves all, or a material part of, the same subject matter and all, or substantially all, of
5  the same parties in *In re Asyst Technologies, Inc. Derivative Litigation*, Case No. 3:06-cv-04669-
6  EDL, which is pending in this Court.

7  *Allison v. Schwartz, et al.* and *In re Asyst Technologies, Inc. Derivative Litigation* both assert
8  derivative claims on behalf of nominal defendant Asyst Technologies, Inc. ("Asyst") against present
9  and former members of Asyst's Board of Directors and senior executives for breaches of fiduciary
10 duty and corporate waste based on the same underlying allegations involving stock option
11 backdating.

12 DATED: May 28, 2008

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
MARC M. UMEDA
ASHLEY R. PALMER

_____s/ Ashley R. Palmer_____
ASHLEY R. PALMER

610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Counsel for Plaintiff

- 1 -
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify a true and exact copy of the foregoing document has been served on all filing users indicated on the attached Electronic Mail Notice List through the Court's electronic filing system on this the 28th day of May, 2008. |

s/ Ashley R. Palmer

343824_1.DOC

- 2 -
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

# Mailing Information for a Case 3:08-cv-02512-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ashley Rawlins Palmer**
  apalmer@ruflaw.com

- **Brian J. Robbins**
  notice@ruflaw.com

- **Marc M. Umeda**
  notice@ruflaw.com,umeda@ruflaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)