COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
SUZANNE H. KAPLAN (247067)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
abaig@csgrr.com
shkaplan@csgrr.com
     – and –
TRAVIS E. DOWNS III (148274)
KATHLEEN A. HERKENHOFF (168562)
BENNY C. GOODMAN III (211302)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
619/231-7423 (fax)
travisd@csgrr.com
kathyh@csgrr.com
bennyg@csgrr.com
mcalkins@csgrr.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)
rw@weiserlawfirm.com
bs@weiserlawfirm.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ASYST TECHNOLOGIES, INC. DERIVATIVE LITIGATION | No. C-06-04669-EDL |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING THE ALLISON COMPLAINT AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO |

1  WHEREAS, plaintiff Andrew Anthony Allison filed a Verified Shareholder Derivative
2  Complaint ("Allison Complaint"), No. C-08-02512-JCS, which Complaint is related to *In re Asyst*
3  *Technologies, Inc. Derivative Litigation*, No. C-06-04669-EDL ("Consolidated Litigation"), in that
4  the Allison Complaint arises from the same transactions and events in the Consolidated Litigation
5  and calls for the determination of the same or substantially related or similar questions of law and
6  fact;

7  WHEREAS, counsel for the parties believe that, to avoid unnecessary waste of resources, the
8  Allison Complaint should be consolidated with, and into, the Consolidated Litigation pursuant to the
9  terms of the September 18, 2006 Order Consolidating Cases for All Purposes, Appointing Lead
10 Plaintiffs and Co-Lead Counsel, and Setting Schedule for Filing of Consolidated Complaint
11 ("Consolidation Order");

12 WHEREAS, on May 23, 2008, the Court issued an Order granting leave to amend the
13 Consolidated Verified Shareholder Derivative Complaint; and

14 WHEREAS, plaintiffs and defendants, after meeting and conferring, agree that a schedule for
15 the filing of an Amended Consolidated Complaint and defendants' responses thereto will provide
16 judicial economy.

17  IT IS HEREBY STIPULATED BY THE PARTIES that:

18  1.  The Allison Complaint shall be consolidated with, and into, the Consolidated
19 Litigation pursuant to the terms of the Consolidation Order.

20  2.  The briefing and hearing schedule currently in place for the Amended Consolidated
21 Complaint shall be extended by four weeks.

22  3.  Plaintiffs shall, no later than June 26, 2008, file and serve an Amended Consolidated
23 Complaint which will supersede all existing complaints filed in these actions. Defendants need not
24 respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of the Federal Rules of
25 Civil Procedure, of any of the pre-existing complaints on any of the defendants, or their counsel,
26 shall constitute sufficient service on that defendant. Service shall be effected with respect to any
27 defendant named in any of the pre-existing complaints by serving the Amended Consolidated
28 Complaint on that defendant or that defendant's counsel.

1    4.   Each defendant in any of the pre-existing complaints shall answer or otherwise respond to the Amended Consolidated Complaint no later than July 17, 2008. In the event that defendants file and serve any motion directed at the Amended Consolidated Complaint, plaintiffs shall file and serve their opposition by August 7, 2008. If defendants file and serve a reply to plaintiffs' opposition, they will do so by August 19, 2008. The hearing on these issues shall be set for September 9, 2008, or other date the Court deems appropriate.

5.   Notwithstanding any provision herein, defendants may respond to the Amended Consolidated Complaint in any manner provided by law or statute. Accordingly, the defendants by and through their counsel of record as designated below have reserved all of their defenses and objections to the Amended Consolidated Complaint, including any defense based upon lack of personal jurisdiction.

IT IS SO STIPULATED.

DATED: May 28, 2008

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS


/s/
TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
AELISH M. BAIG
SUZANNE H. KAPLAN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)

Co-Lead Counsel for Plaintiffs

I, Travis E. Downs III, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff and Co-Lead Counsel, and Setting Schedule for Filing of Consolidated Complaint and Defendants' Response Thereto. In compliance with General Order 45, X.B., I hereby attest that Marc M. Umeda has concurred in this filing.

DATED: May 28, 2008                    ROBBINS UMEDA & FINK LLP
                                       MARC M. UMEDA
                                       BRIAN J. ROBBINS
                                       ASHLEY R. PALMER


                                              /s/
                                       _____
                                       MARC M. UMEDA

                                       610 West Ash Street, Suite 1800
                                       San Diego, CA 92101
                                       Telephone: 619/525-3990
                                       619/525-3991 (fax)

                                       Attorneys for Plaintiff Andrew Anthony Allison

I, Travis E. Downs III, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff and Co-Lead Counsel, and Setting Schedule for Filing of Consolidated Complaint and Defendants' Response Thereto. In compliance with General Order 45, X.B., I hereby attest that Douglas J. Clark has concurred in this filing.

| | | |
|---|---|---|
| 1 | DATED: May 28, 2008 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 2 | | DOUGLAS J. CLARK<br>LEO P. CUNNINGHAM |
| 3 | | DYLAN J. LIDDIARD |

/s/
_____
DOUGLAS J. CLARK

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
650/493-6811 (fax)

Attorneys for Defendants Stephen S. Schwartz, Robert J. Nickl, Anthony C. Bonora, Stanley J. Grubel, Tsuyoshi Kawanishi, Robert A. McNamara, Anthony E. Santelli, William Simon, Walter W. Wilson, James E. Springgate, Mihir Parikh, Ashok K. Sinha, P. Jackson Bell, Warren C. Kocmond, Jr., Steve Debenham, and Thomas Waechter, and Nominal Defendant Asyst Technologies, Inc.

\*    \*    \*

**ORDER**

IT IS SO ORDERED.

DATED: N bz 3: -3119

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

T:\CasesSF\Asyst Derivative\S_O00051577_LD Consol.doc

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on May 28, 2008, declarant served the **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING THE ALLISON COMPLAINT AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of May, 2008, at San Francisco, California.

/s/
REBECCA BILES

STIP & [PROP] ORDER CONSOLIDATING THE ALLISON COMPL AND SETTING SCHEDULE
FOR FILING OF CONSOL AMENDED COMP - C-06-04669-EDL                                                                                           - 1 -

# Mailing Information for a Case 3:06-cv-04669-EDL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Douglas John Clark**
  dclark@wsgr.com

- **Leo Patrick Cunningham**
  lcunningham@wsgr.com

- **Travis E. Downs, III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Benny Copeline Goodman, III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Kathleen Ann Herkenhoff**
  kathyh@csgrr.com,e_file_sd@csgrr.com

- **Christopher R. Howald**
  chowald@wsgr.com

- **Suzanne Heald Kaplan**
  shkaplan@csgrr.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Dylan James Liddiard**
  dliddiard@wsgr.com,pmarquez@wsgr.com

- **Maria V. Morris**
  mmorris@rbg-law.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@cs

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```